UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY JAMES SAMPLES,<br><br>                    Plaintiff,<br><br>         v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-05596-DSF-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that Plaintiff's motion to amend to add Dr. Parween as a defendant is granted; Plaintiff's motion for appointment

of counsel is denied without prejudice; and Defendant Lee's motion to dismiss (ECF 46) is denied.

DATED: March 31, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2